## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**GARDELL PALMER, Plaintiff**                    **CASE NUMBER: 21-295-JWD-RLB**

**V.**

**DEMETRIC SMITH, ET AL, Defendants**

### MOTION TO SUBSTITUE PLEADINGS

NOW INTO COURT though undersigned counsel comes and appears, GARDELL PALMER, who respectfully request:

Mover shows that a previous Motion and Order Granting Substitution of Attorney was filed.

Mover shows that he has been contacted by the Clerk and informed that the form used for this pleading was incorrect.

Mover shows therefore he desires to file this Motion to Substitute Pleadings to file the attached Motion and Order to Substitute Attorney in place of the previously filed Motion and Order Granting Substitution of Attorney.

WHEREFORE, Mover prays this Motion to Substitute Pleadings be filed and deemed sufficient.

                                   Respectfully Submitted,

                                   DUNAHOE LAW FIRM
                                   402 Second Street
                                   PO BOX 607
                                   Natchitoches, LA  71457
                                   (318) 352-1999

                                   BY: _____
                                        JARED DUNAHOE (#31142)
                                        EDWIN DUNAHOE (#5164)