UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GARDELL PALMER | CIVIL ACTION NO. 21-295-JWD-RLB |
| VERSUS | JUDGE: JOHN DEGRAVELLES |
| DEMETRIC SMITH, NATIONWIDE INSURANCE COMPANY, FARMLAND MUTUAL INSURANCE COMPANY, AUTO OWNERS INSURANCE COMPANY, R&R M TRUCKING COMPANY, LLC AND ANY ABC INSURER OF DEMETRIC SMITH | MAGISTRATE JUDGE: RICHARD BOURGEOIS, JR. |

## JUDGMENT

This matter having come before the Court on July 24, 2023, through July 26, 2023, for a Trial on the Merits; and the Court being of the opinion for the reasons orally assigned by the Court on October 12, 2023, that the following Judgment should be entered:

IT IS ORDERED, ADJUDGED AND DECREED, that there be Judgment in favor of Plaintiff, Gardell Palmer, and against Demetric Smith, R&R M Trucking Company, LLC and Auto Owners Insurance Company, *in solido*, in the amount of $675,315.78 plus legal interest from the date of judicial demand until paid and all court costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Demetric Smith, R&R M Trucking Company, LLC and Auto Owners Insurance Company be cast, *in solido,* for all costs of these proceedings, specifically including the expert witness fee of Dr. Kyle Girod in the amount of $10,500.00 and the expert witness fee of Dr. Wame Waggenspeck in the amount of $10,500.00.

Signed in Baton Rouge, Louisiana, on November 1, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**