## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARDELL PALMER** | CIVIL ACTION NO. 3:21-cv-00295 |
| **VERSUS** | JUDGE: JOHN DEGRAVELLES |
| **DEMETRIC SMITH, NATIONWIDE INSURANCE COMPANY, FARMLAND MUTUAL INSURANCE COMPANY, AUTO OWNERS INSURANCE COMPANY, R&R M TRUCKING COMPANY, LLC AND ANY ABC INSURER OF DEMETRIC SMITH** | MAGISTRATE JUDGE: RICHARD BOURGEOIS, JR. |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who pursuant to Local Rule 16(c), advise the Court that the Plaintiff has agreed to settle all claims against Defendants Demetric Smith, Auto Owners Insurance Company, and R and R M Trucking, LLC, in the above-captioned proceeding. Plaintiff respectfully requests that the Court enter a conditional order of dismissal against the Defendants which allows for reinstatement of the matter if the settlement is not consummated within the 60 (sixty) days.

                                      Respectfully Submitted:

                                      DUNAHOE LAW FIRM
                                      402 Second Street
                                      PO BOX 607
                                      Natchitoches, LA  71457
                                      (318) 352-1999

BY: _____
                                      JARED DUNAHOE (#31142)
                                      *Attorney for Plaintiff Gardell Palmer*

*AND*

COUHIG PARTNERS, LLC
**Claire E. Pontier (#32025)**
**Jonathan Lemann (#26380)**
1100 Poydras Street, Suite 3250
New Orleans, LA  70163
Telephone:  (504) 588-1288
Facsimile:  (504) 588-9750
E-mail:  cpontier@couhigpartners.com

*Counsel for Defendants*