# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARDELL PALMER** | **CIVIL ACTION NO. 3:21-cv-00295** |
| **VERSUS** | **JUDGE: JOHN DEGRAVELLES** |
| **DEMETRIC SMITH, NATIONWIDE INSURANCE COMPANY, FARMLAND MUTUAL INSURANCE COMPANY, AUTO OWNERS INSURANCE COMPANY, R&R M TRUCKING COMPANY, LLC AND ANY ABC INSURER OF DEMETRIC SMITH** | **MAGISTRATE JUDGE: RICHARD BOURGEOIS, JR.** |

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND FOR PENALITIES AND ATTORNEY FEES

NOW INTO COURT, through undersigned counsel, comes and appears Gardell Palmer who respectfully represents and shows:

1.

This matter was tried on July 24, 2023, through July 26, 2023, resulting in a Judgment in favor of Plaintiff and against Demetric Smith, R&R M Trucking Company, LLC and Auto Owners Insurance Company, *in solido*, in the amount of $675,315.78 plus legal interest from the date of judicial demand until paid and all court costs. This Judgment included a claim for medical expenses.

2.

On November 3, 2023, the parties, including Auto Owners Insurance Company, entered into a written agreement to settle this matter for $760,000.00. (Plaintiff's Exhibit A).

3.

On November 8, 2023, the parties filed a Joint Notice of Settlement into the record.

4.

Plaintiff shows Defendants have failed to pay the settlement within 30 days.

5.

Plaintiff shows Auto Owners Insurance Company's failure to timely pay this settlement is arbitrary, capricious, and without probably cause.

6.

Plaintiff desires an order enforcing the settlement and a judgment against Auto Owners Insurance Company for penalties and attorney fees under La. R.S. 22:1892 and/or La. R.S. 22:1973.

7.

Plaintiff shows that pursuant to La. R.S. 22:1892 he is entitled to penalties in the amount of 50% of the settlement plus reasonable attorney fees.

8.

Plaintiff shows that he has entered into a contingency fee agreement of 35% with undersigned counsel. (Plaintiff's Exhibit B).

WHEREFORE, Plaintiff respectfully requests, the Defendants be ordered to appear and show cause why an order enforcing the settlement and a Judgment against Auto Owners Insurance Company for penalties in the amount of $380,000.00 plus reasonable attorney fees of 35% of the penalties should not be entered.

Respectfully Submitted,
DUNAHOE LAW FIRM
402 Second Street
PO BOX 607
Natchitoches, LA  71457
(318) 352-1999

BY: _____

JARED DUNAHOE (#31142)<br>*Attorney for Plaintiff Gardell Palmer*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Motion to Enforce Settlement and for Penalties and Attorney Fees was served on all parties of record by e-mail and/or United States mail on this 6th day of December 2023.

_____<br>**JARED DUNAHOE**